

# Launch Leads

01

# Introduction



If you're **struggling to maintain focus on strategic priorities** due to daily tasks, or if you need **assistance with onboarding and enhancing the performance of your current leads**, we have the solution you need.

## Introducing Launch Leads

Let us handle the details so you can stay focused on what truly matters. Launch Leads offers a comprehensive text marketing service that **manages all messaging and schedules meetings**, so you're only involved in the important conversations.

### Here's what we provide:

- Professional fractionalized administrative function
- Brand & campaign registration
- Complete message creation
- Full campaign management, from initial outreach to drip messaging
- Engaging with all responses via text
- Scheduling appointments with interested leads

**Schedule a free consultation** to see if Launch Leads is the right fit for your business.



02
# Launch Leads Comparative Numbers



|  | Conversations started per 1000 Phone numbers | % Inbox conversations followed up within 15 min of message received | % Inbox conversations to Prospect (qualified Lead) | % Inbox conversations turned into phone conversations | Cost per deal Closed (total cost of LL/Platform) |
|---|---|---|---|---|---|
| **Launch Leads** | 71 | 96% | 49% | 43% | $481 |
| **High Performers on Launch** | 57 | 48% | 35% | 28% | $566 |
| **Average across Launch Control Platform** | 48 | 23% | 19% | 14% | $689 |

03

# Launch Platform Comparison from Last Year



| Delivery Rate | | Spam Rate | | Response Rate | | Error Code Rate | | % of Customers winning on Launch | | Average Conversations per 1000 phone numbers accross platform | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This year | Last year | This year | Last year | This year | Last year | This year | Last year | This year | Last year | This year | Last year |
| 91.40% | 88.20% | 11% | 7% | 9.50% | 8.80% | 11.70% | 11.60% | 62% | 77% | 53% | 48% |

*All of the effectiveness numbers have been going steadily up since we started onboarding people 1:1 as well as all of the work Kat's team is doing to correct proper actions for success.

04
# Comparative Data Against other Lead Gen



|  | Direct Mail | Cold Calling | Email Marketing | SMS Competitors | Launch Control Platform |
| --- | --- | --- | --- | --- | --- |
| Conversations generated per 1000 contacts | 9 | 55 | 3 | 22 | 48 |
| Man-hours needed to contact 1000 people | 8 | 160 | 2 | 3 | 2.5 |
| Average Cost per 1000 Contacts | $1,500 | $3,520 | $565 | $666 | $552 |
| Cost Per Deal Closed | $3,750 | $5,865 | $4,350 | $1,915 | $691 |

05

# Testimonials



"Wholesaling RE is a marketing game. And Launch Control has been an irreplacable tool for my business. The platform's features and interface are more than enough to conduct the initial outreach to your prospects! Due to the nature of marketing, you'll face a bumpy road. The chat support team and success managers always assist my team promptly and effectively! Big than you to Steven, Kris, and Marj who've been amazing at setting up our managed services and staying true to their word! Overall very pleased with LC's managed services and pricing."

"Launch control has been an amazing asset and software for our business. Last month, we were texting anywhere between 60 to 65,000 text messages per month. We were able to do multiple deals per month that netted us at least minimum over 10,000 per month. We've recently gone to increase our package size to start texting 125,000 text messages per month. This will help us continue to grow our business.

Launch Control has been amazing for finding deals, raising capital and so much more in all honesty, I feel as if I could use it for other businesses as well. As it has everything you need to market properly to whoever you need."

 Will Charpentier | Zagros LLC   

 Brandon Gates | Real Estate Enterprenuer   



# Start texting today!

**Book a meeting**     **Visit our website**